# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>MELVIN WILSON, JR.<br><br>            Defendant. | 8:19CR397<br><br>**ORDER** |

This matter is before the court on the Defendant's Unopposed Motion to Continue Trial [22]. Counsel seeks additional time to consult with an expert witness prior to trial. For good cause shown,

     **IT IS ORDERED** that the Defendant's Unopposed Motion to Continue Trial [22] is granted, as follows:

1. The jury trial, now set for March 24, 2020, is continued to **April 28, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 28, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 11th day of March 2020.

                                                  BY THE COURT:

                                                  s/Susan M. Bazis<br>
                                                  United States Magistrate Judge