IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19CR397 |
| vs. | ORDER |
| MELVIN L. WILSON, | |
| Defendant. | |

The defendant in this case filed a motion for compassionate release. Filing No. 171. The Court reviewed the motion and determined that the defendant has not yet shown proof of exhaustion of his administrative rights with the Bureau of Prisons. Filing No. 175. The Court gave the defendant 60 days from the date of the Memorandum and Order, (February 22, 2023), to show proof of compliance. The defendant has failed to do so.

Accordingly, the Court will dismiss the motion for compassionate release (Filing No. 171), without prejudice, subject to refiling in compliance with the Court's previous Memorandum and Order.

Dated this 9th day of June, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge