IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>MELVIN L. WILSON,<br><br>Defendant. | **8:19CR397**<br><br>**ORDER** |

The arrest warrant, Filing No. 205, is hereby rescinded. The Clerk of Court is ordered to provide a copy of this Order rescinding the warrant to the United States Marshals Service.

IT IS SO ORDERED.

Dated this 1st day of October, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge